# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

Eastern District of Kentucky
**FILED**

APR 26 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.

INFORMATION NO. 6:24-CR-22-1-CHB-HAI
21 U.S.C. § 846

**ANDREW T. ROSE**

\* \* \* \* \*

**THE UNITED STATES ATTORNEY CHARGES:**

On or about a date in June 2022, the exact date unknown, and continuing through on or about September 15, 2022, in Laurel County, in the Eastern District of Kentucky,

**ANDREW T. ROSE**

did conspire with others to knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

_[signature]_

**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**